IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : 3:23-CR-00026 (KAD) |
| GLENN OZTEMEL and | : |
| EDUARDO INENECCO | : |
| | : |

### DECLARATION OF NELSON A. BOXER

I, NELSON A. BOXER, do state, pursuant to 28 U.S.C. § 1746, as follows:

1. I represent Glenn Oztemel in the above-referenced case.

2. Mr. Oztemel respectfully moves to seal portions of his Reply Memorandum in Support of his Motion to Compel ("Reply") and accompanying exhibits.

3. On June 6, 2023, Mr. Oztemel filed this motion for an Order compelling the government to produce *Brady/Giglio* materials. See ECF 48.

4. On June 8, 2023, the government sent the defense a discovery letter and mailed its Fifth Volume of discovery. See ECF 54-3 ("Volume Five"). The documents produced included: (1) twenty-one untranslated "[r]ecords related to R. Berkowitz" in Portuguese; (2) twelve FBI witness interviews ("302s"); and (3) an application for pen registers and trap and trace devices for WhatsApp accounts belong to Mr. Innecco. *Id.*

5. █████████████████████████████████████████
█████████████████████████████████████████████
█████████████████████████████

1

6.  █████████████████████████████████████████████
█████████████████████████████████████████████
█████████████████████████████████████████████
█████████████████████████████████████████████
███████

7.  █████████████████████████████████████████████
█████████████████████████████████████████████

8.  █████████████████████████████████████████████
█████████████████████████████████████████████
████████████████████████████

9.  I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed on June 21, 2023.

*[signature]*
Nelson A. Boxer