UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 3:23-cr-26 (KAD) (TOF) |
| | : | |
| v. | : | |
| | : | |
| GLENN OZTEMEL AND | : | |
| EDUARDO INNECCO | : | |
| | : | |

**GOVERNMENT'S SUPPLEMENTAL RESPONSE TO**
**DEFENDANT GLENN OZTEMEL'S MOTION TO COMPEL**

The United States of America, by and through undersigned counsel, respectfully submits this supplemental response to Defendant Glenn Oztemel's ("Defendant") Motion to Compel, ECF No. 49 (the "Motion"), for the limited purpose of providing the Court with updated factual information relevant to the government's response to the Motion, ECF No. 54 (the "Response").

In the government's Response, filed on June 14, 2023, the government indicated that it had produced "the requested pen register application and order, all interview reports, and additional Berkowitz materials . . ." to the Defendant. Response at 3. On June 26, 2023, however, government counsel received additional materials from the FBI that were responsive to the Defendant's discovery requests, including additional interview reports, rough agent notes, and other related records. Accordingly, on July 3, 2023, the government produced those materials to the Defendant.[1]  *See* Ex. A (Jul. 3, 2023 Discovery Letter).

---

[1] As a general principle, rough agent notes related to investigative interviews would not be required to be produced at this time pursuant to *Jencks v. United States*, 353 U.S. 657 (1957) or 18 U.S.C. § 3500. Nevertheless, the government is producing the agent notes it has identified now, six months before trial, so that unnecessary pretrial motion practice can be avoided. Should additional relevant notes be located, and/or created as part of the ongoing investigation and in preparation for trial, the government will produce those notes to the Defendant.

## **CONCLUSION**

For the reasons stated in the government's initial Response, the government respectfully requests that the Court deny the Motion.

        Respectfully submitted,

        VANESSA ROBERTS AVERY
        UNITED STATES ATTORNEY


        */s/ Michael S. McGarry*
        Michael S. McGarry
        Assistant United States Attorney
        Federal Bar No. CT 25713
        157 Church Street
        New Haven, CT 06510
        (203) 821-3700
        Email: Michael.McGarry@usdoj.gov

        GLENN S. LEON
        CHIEF, FRAUD SECTION
        CRIMINAL DIVISION
        U.S. DEPARTMENT OF JUSTICE

        Clayton P. Solomon
        Allison L. McGuire
        Trial Attorneys
        Derek J. Ettinger
        Jonathan P. Robell
        Assistant Deputy Chiefs
        1400 New York Avenue NW
        Washington, DC 20005
        (202) 616-5960
        Email: Clayton.Solomon@usdoj.gov

        *Counsel for the United States*

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2023, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/
Allison L. McGuire
Trial Attorney