IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | 3:23-CR-00026 (KAD) |
| GLENN OZTEMEL and : | |
| EDUARDO INENECCO : | |
| : | |

**NOTICE OF MOTION TO COMPEL COMPLIANCE WITH
THE COURT'S STANDING ORDER ON CRIMINAL DISCOVERY**

PLEASE TAKE NOTICE that, pursuant to United States District Court, District of Connecticut, Local Rules, Criminal Appendix, Standing Order on Discovery, and upon the accompanying August 25, 2023, Declaration of Nelson A. Boxer, the exhibits attached thereto, and the accompanying Memorandum of Law, Defendant GLENN OZTEMEL, by and through his attorneys, respectfully moves this Court for entry of an Order directing the government to produce forthwith:

> all information that may be favorable to GLENN OZTEMEL on the issues of guilt or punishment and that falls withing the scope of *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and

> all information concerning the existence and substance of any payments, promises of immunity, leniency, or preferential treatment, made to prospective government witnesses, within the scope of *United States v. Giglio*, 450 U.S. 150 (1972), *Napue v. Illinois*, 360 U.S. 264 (1959), and their progeny,

as well as for such other relief or remedy or sanction as the Court may deem just and proper.

Dated: New York, New York
       August 25, 2023

Respectfully Submitted,

Nelson A. Boxer
David Hoffman
Chanel Thomas
PETRILLO KLEIN & BOXER LLP
655 Third Avenue
New York, NY 10017
Telephone: (212) 370-0338
nboxer@pkbllp.com

Paul McConnell
638 Prospect Avenue
Hartford, Connecticut 06105
Phone: (860) 266-1166
paul@mcconnellfamilylaw.com