IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : 3:23-CR-00026 (KAD) |
| GLENN OZTEMEL and EDUARDO INENECCO | : |

## GLENN OZTEMEL'S MOTION TO SEAL

Pursuant to District of Connecticut Local Rule 57, Defendant Glenn Oztemel, by and through undersigned counsel, respectfully submits this motion to seal portions of his Memorandum of Law in Support of his August 25, 2023, Motion to Compel, portions of the August 25, 2023, Declaration of Nelson A. Boxer, and Exhibits D-I thereto, and to file redacted versions at the same time as filing this Motion to Seal. We make this motion because the Memorandum, Declaration and Exhibits includes references to, and quotes from, materials that have been identified by the government as containing Protected Discovery Materials pursuant to Section H of the Local Rules Standing Order on Discovery.

We respectfully direct the Court to the standards and case law set forth in our June 21, 2023, Motion to Seal in Support of our first motion to compel (ECF No. 55), which was based upon the same reasons as the instant motion, and which was granted by the Court (ECF No. 62).

1

Dated: New York, New York
August 25, 2023

Respectfully Submitted,

*/s/ Nelson A. Boxer*

Nelson A. Boxer
David Hoffman
Chanel Thomas
PETRILLO KLEIN & BOXER LLP
655 Third Avenue
New York, NY 10017
Telephone: (212) 370-0338
nboxer@pkbllp.com

Paul McConnell
638 Prospect Avenue
Hartford, Connecticut 06105
Phone: (860) 266-1166
paul@mcconnellfamilylaw.com