**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : 3:23-CR-00026 (KAD) |
| GLENN OZTEMEL and | : |
| EDUARDO INENECCO | : |
| | : |

**DECLARATION OF NELSON A. BOXER**

I, NELSON A. BOXER, do declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a partner of Petrillo Klein & Boxer LLP and I represent Glenn Oztemel in the above-referenced case.

2. Mr. Oztemel respectfully moves to seal portions of his August 25, 2023, Motion to Compel, and portions of this August 25, 2023, Declaration and Exhibits D-I thereto.

3. On June 6, 2023, on behalf of Mr. Oztemel, we filed a motion for an Order compelling the government to produce Brady/Giglio materials. *See* ECF No. 48.

4. On July 12, 2023, we sent an e mail to the government in which we asked that the government confirm our understanding of the holding in *United States v. Coppa*, 267 F.3d 132, 139 (2d Cir. 2001), namely, that the government's "Brady disclosure obligations apply for: any evidence that is favorable to Mr. Oztemel—i.e., when it tends to exculpate him or is useful to impeach the credibility of a government witness; and there is any reasonable likelihood that that evidence could change the outcome of the proceedings." On July 13, 2023, the government requested by e mail that defense counsel withdraw the motion to compel, promising that the government "is presently in compliance" with its *Brady/Giglio* obligations, "which are

1

summarized in *United States v. Coppa* . . ." A copy of our e mail exchange is attached hereto as Exhibit A.

5. On July 18, 2023, based upon the government's July 13 e mail, we withdrew our June 6 motion for an Order compelling the government to produce *Brady/Giglio* materials. *See* ECF No. 63.

6. On July 24, 2023, we sent the government a letter containing additional and renewed discovery demands (the "Discovery Requests"). A copy of the Discovery Requests is attached hereto as Exhibit B.

7. On August 8, 2023, the government responded to defense counsel's discovery demands. A copy of the response letter is attached hereto as Exhibit C.

8. On August 10, 2023, after a Court status conference, government counsel informed defense counsel that the government had not participated in any attorney proffers and that the DOJ Fraud Section had an unwritten rule precluding them, so as to not need to produce or engage in litigation about them.

9. The government has produced to the defense materials relating to Rodrigo Berkowitz, including related to the Brazilian government's investigation of Mr. Berkowitz.





I hereby declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury under the laws of the United States, that the foregoing is true and correct.

Executed on August 25, 2023.

_____
Nelson A. Boxer

---

[1] The attached documents were translated and summarized by a person fluent in Portuguese but not by a court-certified Portuguese translator.

3