# PETRILLO KLEIN & BOXER LLP

655 Third Avenue
22nd Floor
New York, NY 10017
Telephone: (212) 370-0330
www.pkbllp.com

Nelson A. Boxer
Direct Dial: (212) 370-0338
Cell: (917) 273-2693
nboxer@pkbllp.com

July 24, 2023

**By E-Mail**

Clayton P. Solomon
Allison McGuire
Derek J. Ettinger
Jonathan P. Robell
U.S. Department of Justice
1400 New York Avenue, NW
Washington, DC 20005

Michael S. McGarry
Assistant United States Attorney
U.S. Attorney's Office
District of Connecticut
157 Church Street
New Haven, CT 06510

Re:   *United States v. Oztemel, et al.*
      23 Crim. 26 (KAD)

Dear Counsel:

Predicated upon discovery produced to date (s*ee, e.g.*, *United States v. Lee*, 723 F.3d 134, 140 (2d Cir. 2013) (production required where the government is conducting a joint investigation with foreign authorities); DOJ-GLENNOZTEMEL-0001666686 (Brazilian Public Federal Prosecutor witness statement for joint Berkowitz interview conducted on December 2, 2019, at the Houston United States Attorney's Office),[1] we make, on behalf of Glenn Oztemel, the following additional and renewed requests for discovery, prompt production of which is required by this district's Standing Order, *Brady/Giglio*, Fed. R. Civ. P. 16, and applicable Second Circuit precedent:

1. All memoranda, notes (including by attorneys for the government), and any other records of all meetings or any other oral or written statements of attorney proffers to the government of statements their clients would make in response to any government questioning.

---

[1] *See also, e.g.*, *United States v. Martoma*, 990 F. Supp. 2d 458, 461 (S.D.N.Y. 2014) (relying on the joint conduct of interviews, exchange of documents, coordination of deposition efforts, and communications regarding the status of fact-gathering to find a joint investigation); DOJ-GLENNOZTEMEL-0001666713 (Brazilian Public Federal Prosecutor witness statement for Berkowitz interview conducted on December 3, 2019, at the Houston United States Attorney's Office); DOJ-GLENNOZTEMEL-0001666733 (Brazilian Public Federal Prosecutor witness statement for Berkowitz interview conducted on December 2, 2019, at the Houston United States Attorney's Office).

July 24, 2023
Page 2

2. Documents, notes, and memoranda (including held by law enforcement authorities in Brazil) documenting each of Rodrigo Berkowitz's lies to Brazilian police in 2016.  *See* DOJ-GLENNOZTEMEL-0001791132.

3. All contracts (including draft contracts) between any entity affiliated with Eduardo Innecco and Pimelir—including, but not limited to, the contract between Morgenstern and Pimelir dated January 30, 2015.  *See* DOJ-GLENNOZTEMEL-0001667095.

4. All invoices from Pimelir to any entity affiliated with Eduardo Innecco—including, but not limited to, the December 6, 2012, invoice from Pimelir to Morgenstern for $161,712.28.  *See* DOJ-GLENNOZTEMEL-0001667095.

5. All email, WhatsApp, text message, and any other communications between Eduardo Innecco and Rodrigo Berkowitz.

6. All records of agreements with, including any benefits offered or provided to, Rodrigo Berkowitz by Brazilian authorities, including any leniency offered or provided.

7. All records of agreements with, including any benefits offered or provided to, Paulo Caesar Pereira Berkowitz by the United States and/or Brazilian authorities, including any leniency offered or provided.

8. Rodrigo Berkowitz's United States income tax returns for the years 2010-2020.

9. Rodrigo Berkowitz's Brazilian income tax returns for the years 2010-2020.  *See* DOJ-GLENNOZTEMEL-0001791132.

10. All documents related to Rodrigo Berkowitz's and any member of his family's U.S. immigration and work authorization status, 2010 to the present.

11. All banking documents—e.g., account statements and wire records—for bank accounts associated with Arcadia.

12. All banking documents—e.g., account statements and wire records—for bank accounts associated with Brazilian Chemicals.

July 24, 2023
Page 3

13. Copies of all MLAT applications, including renewal requests, submitted in the investigation of this case.

> Very truly yours,
>
> *[signature]*
>
> Nelson A. Boxer
> David Hoffman
> Petrillo Klein & Boxer LLP
> 655 Third Avenue
> New York, NY 10017
> *Attorneys for Glenn Oztemel*