

U.S. Department of Justice

Criminal Division

*Fraud Section*
*1400 New York Avenue, NW*
*Washington, D.C. 20005*

August 8, 2023

*Via Email*

Nelson A. Boxer
David Hoffman
Chanel Thomas
Petrillo Klein & Boxer LLP
655 Third Avenue
22nd Floor
New York, NY 10017

      Re:      *United States v. Glenn Oztemel* No. 23-CR-00026 (KAD)

Counsel:

      The government writes in response to your July 24, 2023 letter (the "Letter") seeking thirteen categories of discovery. As you are aware, the government has produced nearly 2,000,000 pages of discovery in this case. This discovery includes, among other things, several hundred thousand records responsive to the requests in your Letter, including over 148,000 pages of records obtained by the government through the Mutual Legal Assistance Treaty ("MLAT") process. As additional discoverable records are identified or come into the government's possession, custody, or control, we will produce them to you.

      Regarding Request 1 of your Letter, as we have already conveyed (*see* June 7, 2023 and July 3, 2023 letters to N. Boxer), the government has already produced all relevant reports of interviews prepared by the Federal Bureau of Investigation, as well as all agent notes related to those interviews, and we and will continue to produce such reports and notes if and when additional relevant interviews are undertaken and memorialized. We are also reviewing any factual representations made by attorneys for represented parties and will disclose any relevant facts that are not already known to you through other discovery pursuant to our *Brady* and *Giglio* obligations. Finally, as we stated in our May 26, 2023 letter, we are not aware of any legal authority supporting your demand for notes prepared by government attorneys.

      Regarding Requests 2 and 6 of your Letter, we have already produced all responsive records obtained from Brazilian authorities pursuant to the MLAT process (*see* Production Volume 6) and all documents voluntarily provided to the government by Mr. Berkowitz (*see* Production Volumes 2, 4 & 5). To the extent that law enforcement authorities in Brazil may be in possession of additional records responsive to this request, such records are outside of the government's possession, custody, and control. *See United States v. Lee*, 723 F.3d 134, 137–41 (2d Cir. 2013) (finding no joint investigation and affirming the district court's conclusion that defendant was not entitled to

documents in possession of foreign law enforcement "under any arguable rule of discovery because these materials were not even within the 'government's possession, custody, or control'"); *see also United States v. Paternina-Vergara*, 749 F.2d 993, 997–98 (2d Cir. 1984) ("The investigation of crime increasingly requires the cooperation of foreign and United States law enforcement officials, but there is no reason to think that Congress expected that such cooperation would constitute the foreign officials as agents of the United States for purposes of the Jencks Act."). We do not share your characterization of the United States' and Brazil's respective investigations as a "joint" investigation.

Regarding Requests 3, 4, 5, 7, 10, 11, and 12 of your Letter, to the extent we are in the possession, custody, or control of such records, we have already produced them to you or are in the process of producing them to you. If additional records related to these requests are identified, we will produce them to you as well.

Regarding Requests 8 and 9 of your Letter, as we have already advised you and the Court (*see* May 26, 2023 letter to N. Boxer and Dkt. No. 54), we are not in possession of Mr. Berkowitz's tax returns.

Finally, regarding Request 13 of your Letter, we have no obligation to produce to you any MLAT requests pursuant to Rule 16 or any other legal authority.

Please do not hesitate to contact us with any questions regarding this letter.

> Glenn S. Leon
> Chief, Fraud Section
> Criminal Division
> United States Department of Justice
>
> /s/ Clayton P. Solomon
> Clayton P. Solomon
> Trial Attorney
> Fraud Section

cc:  Michael S. McGarry, Assistant United States Attorney, District of Connecticut
 Allison McGuire, Trial Attorney, Fraud Section
 Jonathan Robell, Assistant Chief, Fraud Section