**Petrillo Klein + Boxer**

655 Third Avenue, 22nd Fl.
New York, NY 10017

T: 212.370.0330
www.pkbllp.com

**NELSON A. BOXER**
nboxer@pkbllp.com
D: 212.370.0338
M: 917.273.2693

September 8, 2023

**By ECF**

Hon. Kari A. Dooley
United States District Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

  Re: *United States v. Glenn Oztemel, et al.*
    **S1 23 Crim. 26 (KAD)**

Dear Judge Dooley,

  On behalf of our client, Glenn Oztemel, we write regarding our two motions that are presently before the Court, and our next scheduled appearance before Your Honor on September 26, 2023, at 10 a.m.

*Brady/Giglio* **Motion**

  On August 25, 2023, we (again) filed a motion to compel production of *Brady* and *Giglio* material, *see* ECF No. 74, pursuant to the Court's Standing Order on Discovery, *see* Crim. App'x, Standing Order on Disc., U.S. District Ct. for the District of Ct. (Am. Dec. 19, 2022), also entered as an Order on the docket in this case on February 27, 2023, *see* ECF No. 18. To date, the government has not filed a response. We respectfully request that the Court enter a scheduling Order that provides a date certain for a government response, if any, and which also accommodates the possibility of us submitting a reply brief, in advance of September 26.

  In addition, in discovery produced and accessible after we filed our August 25 motion, we received two affidavits—(1) dated February 6, 2020 (Eastern District of New York), attached hereto as Exhibit A, and (2) dated August 8, 2023 (District of Connecticut), attached hereto as Exhibit B—that were submitted *ex parte* by the government in support of its application to the district court to suspend the running of the applicable statute of limitations of numerous statutes pursuant to a provision in the MLAT[1] (collection of foreign evidence) statute, namely, 18 U.S.C. § 3292 (application must be filed before the return of an Indictment). ████████████████████████████████████████████████████

---

[1] Mutual Legal Assistance Treaty.

-1-



We apprise the Court of these Affidavits for two reasons.

**First**, they provide further evidence in support of a finding that the government and Brazil law enforcement have been conducting a joint investigation, including the instant prosecution, and the government must, therefore, make a good faith effort to seek *Brady* and *Giglio* material from Brazilian law enforcement.  *See* ECF No. 74 at 12-19.  ▮

**Second**, the government previously informed us—a representation I confirmed during a conference with the Court on May 30, without government correction, *see* ECF No. 45 at 19:3-20:2[3]—that it was not relying on the MLAT tolling provision for the charges against Glenn Oztemel.  The government should be held to that representation, which we have relied upon, and should confirm as much to the Court in writing in advance of or at the September 26 conference.

**Severance Motion**

As we indicated we would do so, during the August 14, 2023, Court conference, in the event the government added a defendant to a Superseding Indictment, today we filed a motion to sever the charges against Glenn Oztemel from his codefendants in the Superseding Indictment and for him to proceed to trial as presently scheduled, that is, at the conclusion of the trial on Your Honor's calendar starting in January 2024.  *See* ECF No. 71 at 14:4-17:14.  We respectfully request that the Court also enter a scheduling Order that provides a date for any government response, and the possibility of us submitting a reply, both in advance of September 26.

---

[2] The August 8 application requested sealing, because of the risk of "the destruction of evidence" and "flight" by the subjects of the investigation, a strange contention given the very public Indictment and arrest of Glenn Oztemel six months earlier.  *See* Press Release, *Senior Oil and Gas Trader and Brazil-Based Intermediary Charged in Bribery and Money Laundering Scheme*, U.S. Dep't J. (Feb. 17, 2023), https://www.justice.gov/opa/pr/senior-oil-and-gas-trader-and-brazil-based-intermediary-charged-bribery-and-money-laundering.

[3] "My understanding from the Government's conversations is they're not relying on that tolling provision in [the] statute governing foreign assistance.  So I accept that representation.  I just want to make sure if for any reason that changes, that we're given notice of that."

      We also respectfully request that the Court issue an Order setting pretrial deadlines in the form the parties jointly submitted to the Court via email on August 11, 2023.

Respectfully submitted,

_____
Nelson A. Boxer
David Hoffman
Chanel Thomas
Petrillo Klein & Boxer LLP
655 Third Avenue
New York, NY 10017
