UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : NO. S1 3:23-CR-26 (KAD) |
| | : |
| GLENN OZTEMEL, | : |
| GARY OZTEMEL, and | : September 10, 2023 |
| EDUARDO INNECCO | : |

### DEFENDANT GLENN OZTEMEL'S MOTION TO WAIVE APPEARANCE AT ARRAIGNMENT ON THE SUPERSEDING INDICTMENT

Defendant Glenn Oztemel hereby respectfully moves, without objection and with consent of Government counsel, pursuant to Rule 10(b) of the Federal Rules of Criminal Procedure ("Fed. R. Crim. P.") to waive in writing his appearance at an arraignment on the Superseding Indictment, which would otherwise be scheduled before United States Magistrate Judge Thomas O. Farrish. As required by Fed. R. Crim. P. 10(b)(2), a signed written waiver from Mr. Oztemel and his counsel is attached hereto as Exhibit A, in which Glenn Oztemel affirms that he: (1) has received a copy of the Superseding Indictment, (2) waives his appearance at the arraignment, (3) is aware of the charges against him and the maximum penalties of each of the charged counts, as the nature and number of charges have not changed, and (4) pleads NOT GUILTY to all charges in the Superseding Indictment. Glenn Oztemel seeks to waive his appearance in the interest of judicial economy and efficiency and to conserve the time and resources of counsel and the defendant.

Respectfully submitted,

*/s/ Nelson Boxer*

Nelson Boxer, esq.,
Counsel for Defendant Glenn Oztemel

## CERTIFICATION OF SERVICE

I hereby certify that on September 13, 2023, a copy of the foregoing Motion to Waive Appearance at Arraignment on the Superseding Indictment was filed electronically by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

                                        */s/ Nelson Boxer*
                                        Counsel for Defendant Glenn Oztemel

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

      v.

GLENN OZTEMEL,
GARY OZTEMEL, and
EDUARDO INNECCO

NO. S1 3:23-CR-26 (KAD)

## WAIVER OF PERSONAL APPEARANCE AT
## ARRAIGNMENT AND ENTRY OF PLEA OF NOT GUILTY

I, Glenn Oztemel, a defendant in this case, state as follows:

1. I have received a copy of the Superseding Indictment in this case. I understand the nature and substance of the charges, the maximum penalties applicable in the event I am convicted, and my constitutional right to have those charges read to me in open court. My attorney has advised me of these rights and the penalties provided if I am convicted.

2. I understand I have the right to appear personally with my attorney before a judicial officer for arraignment in open court on the charges. I understand that an in-person arraignment on the superseding indictment could be scheduled for before United States Magistrate Judge Thomas O. Farrish. I further understand that without this waiver, I will be arraigned in open court and must appear as directed.

3. I have conferred with my attorney and fully understand all of the above. I hereby waive personal appearance at arraignment and the public reading of the Superseding Indictment. By this petition, I plead NOT GUILTY to each of the charges against me in Indictment S1 3:23-CR-26

3

(KAD), and I understand that entry by the Court of this plea will conclude the arraignment in this case for all purposes.

    I respectfully submit this petition to enter a Plea of NOT GUILTY in my absence.

_____          9/-13/23
GLENN OZTEMEL                               Date

    I am counsel for Glenn Oztemel. I have reviewed the charges against my client and agree with my client's request to waive appearance at the arraignment.

_____          9-13-23
NELSON BOXER, ESQ                      Date

    Based on the foregoing, it is hereby ORDERED that the defendant's motion to waive appearance at arraignment on the Superseding Indictment is GRANTED. The defendant is arraigned and the Plea of NOT GUILTY to all charges in the Superseding Indictment is ENTERED as of the date of this Order.

_____          _____
HON. THOMAS O. FARRISH            Date
UNITED STATES MAGISTRATE JUDGE

4