# EXHIBIT A

**CDS**
COMPLETE DISCOVERY SOURCE

March 18, 2024

Nicole Karek
Complete Discovery Source, Inc.
250 Park Ave., 18th Floor
New York, NY 10177
United States
e: nkarek@cdslegal.com
t: 716-236-8749

To Whom it May Concern:

The **PKB_Project Glenn Oztemel** RelativityOne workspace consists of a total of 1,306,398 documents, or 3,141,094 pages, produced by the DOJ. Of those, a total of 129,970 documents, or 352,323 pages, have a Primary Language of Portuguese.

Best,

Nicole Karek

*This document is proprietary and confidential. It is for the exclusive use of the recipients. It may not be discussed with or distributed to any other parties without prior written consent from CDS.*