UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>GLENN OZTEMEL,<br>                    *Defendant*. | No. 3:23 Cr. 26 (KAD) |

**NOTICE OF DEFENDANT GLENN OZTEMEL'S MOTION FOR A JUDGMENT OF ACQUITTAL OR, IN THE ALTERNATIVE, A NEW TRIAL**

PLEASE TAKE NOTICE that Defendant Glenn Oztemel, by the undersigned counsel, hereby moves before the Honorable Kari Dooley of the United States District Court for the District of Connecticut, Brien McMahon Federal Building, United States Courthouse, located at 915 Lafayette Boulevard, Bridgeport, Connecticut, for the entry of a judgment of acquittal pursuant to Rule 29 of the Federal Rules of Criminal Procedure, or, in the alternative, an order of a new trial pursuant to Rule 33 of the Federal Rules of Criminal Procedure.

PLEASE TAKE FURTHER NOTICE that in support of this motion, Defendant shall rely upon the accompanying memorandum of law, the declaration of David Patton, and the exhibits appended thereto.

**Oral Argument Requested**

Dated: New York, New York
      January 23, 2025

Audrey A. Felsen
KOFFSKY & FELSEN, LLC
1261 Post Road, Suite 202B
Fairfield, CT 06824
(203) 327-1500
audrey@koffskyfelsen.com

Respectfully submitted,

/s/ David Patton

David Patton\*
Matthew J. Craig⁺
Thea Raymond-Sidel⁺
HECKER FINK LLP
350 Fifth Avenue, 63rd Floor
New York, NY 10118
(212) 763-0883
dpatton@heckerfink.com
mcraig@heckerfink.com
traymond-sidel@heckerfink.com

Joshua Matz⁺
HECKER FINK LLP
1050 K Street NW, Suite 1040
Washington, D.C. 20001
(212) 763-0883
jmatz@heckerfink.com

\* admitted *pro hac vice*
⁺ *pro hac vice* motion pending

*Counsel for Defendant Glenn Oztemel*