# EXHIBIT V

| | |
|---|---|
| **From:** | Eduardo Innecco <eduardo@innecco.com> |
| **Sent:** | Monday, March 26, 2012 6:15 PM |
| **To:** | Glenn Oztemel |
| **Subject:** | Re: Await yr reply to points 1 and 2 |

forget abt this e-mail ... I had smoked some pot before I wrote it ... and I hv a small secret to tell you: I am little week for those things, and I was still under the effect of it when I sent you this e-mail ... so pls disregard it

Eduardo Innecco
Rio de Janeiro, Brasil (GMT -3 hrs)
(As Agent Only)
Tel: +55 (21) 2543-3925 / Fax: +55 (21) 2244-8150 / Cel: +55 (21) 9639-8385 / Home: +55 (21) 2295-1559
Yahoo Messenger ID: otc_rio2003 / Skype: eduardo.innecco

**De:** Glenn Oztemel <goztemel@yahoo.com>
**Para:** "eduardo@innecco.com" <eduardo@innecco.com>
**Enviadas:** Segunda-feira, 26 de Março de 2012 11:02
**Assunto:** Re: Await yr reply to points 1 and 2

again going thru emails...i really should have read these things. what was going thru your mind? let's discuss

**From:** Eduardo Innecco <eduardo@innecco.com>
**To:** goztemel@yahoo.com
**Sent:** Thursday, September 23, 2010 4:41 PM
**Subject:** Await yr reply to points 1 and 2

Glenn,

As per our telcons few days ago, await yr reply to points 1 and 2 of my e-mail hereunder, after your meetings with Arcadia nxt week.

Brgrds,

Eduardo

Eduardo Innecco
Rio de Janeiro, Brasil (GMT -3 hrs)
(As Agent Only)
Tel. +55 (21) 2543-3925 / Fax +55 (21) 2244-8150 / Yahoo ID otc_rio2003
Cel. +55 (21) 9639-8385 / Home +55 (21) 2295-1559 / Skype ID eduardo.innecco

--- Em **sex, 17/9/10, goztemel@yahoo.com <*goztemel@yahoo.com*>** escreveu:

De: goztemel@yahoo.com <goztemel@yahoo.com>
Assunto: Re: Arcadia / procedures

1

DOJ-GLENNOZTEMEL-0000400330

GOVERNMENT
EXHIBIT
5393
23-cr-26-KAD

Para: "eduardo inneco" <eduardo@innecco.com>
Data: Sexta-feira, 17 de Setembro de 2010, 18:34

I will call u. All is good.
Sent via BlackBerry from T-Mobile
**From:** Eduardo Innecco <eduardo@innecco.com>
**Date:** Fri, 17 Sep 2010 11:57:14 -0700 (PDT)
**To:** <goztemel@yahoo.com>
**ReplyTo:** eduardo@innecco.com
**Subject:** Re: Arcadia / procedures

Glenn,

Regarding premisses set forth on my message of Sep 14th (below), are they acceptable to Arcadia?

Perhaps it is not the right time to ask you, as you may be too busy organizing your new working structure, too much pressure on you, etc.

Reason I ask is that people are also asking me : "Can we go ahead?" ... "Is everything under control?"

Fyg so far my answer has been : "No, nothing is under control, as up to now I received no confirmation of anything. So, i you guys want to go ahead, do not count on me for anything".

Therefore, going straight to the point, pls let me know as soon you as possible :

1. Has Arcadia agreed to a pay commission of USD 60/bbl to either Morgenstern or Albatross?

2. Is Gary going to do the interface between Arcadia and Houston?

As mentioned, the USD 60/bbl commission would cover the whole group, including Gary. For obvious reasons my suggestion is that this commision comes out of Arcadia Geneva, no matter if deal is booked by the USA company or not. That will make things easier for you. I am sure you can work that out with them.

Regarding Gary being the interface, you know my opinion abt this, which I will repeat here:

Although not very detail oriented, Gary does hv a very good rapport with Houston and could definitely be a good asset for the group, as he has been in the past.

So, I think he should be the interface.

Glenn, I hope not ... but if this last point creates a problem for you at this moment, I think I have a reasonalbe solution for it. Pls let me know.

Brgrds,

Eduardo

*Eduardo Innecco*
*Rio de Janeiro, Brasil (GMT -3 hrs)*
*(As Agent Only)*
*Tel. +55 (21) 2543-3925  /  Fax  +55 (21) 2244-8150  /  Yahoo ID otc_rio2003*
*Cel. +55 (21) 9639-8385  /  Home +55 (21) 2295-1559  /  Skype ID eduardo.innecco*

--- Em **ter, 14/9/10, Eduardo Innecco <*eduardo@innecco.com*>** escreveu:

2

De: Eduardo Innecco <eduardo@innecco.com>
Assunto: Arcadia / procedures
Para: "Glenn Oztemel" <goztemel@yahoo.com>
Data: Terça-feira, 14 de Setembro de 2010, 14:11

Arcadia wud pay commission to either Morgenstern or Albatross. Fyg both companies belong to the same owner.

Arcadia wud probably want Morgenstern or Albatross to sign a contract with them, which no problem.

Morgenstern or Albatross wud make the distribution, including to Gary.

3