# EXHIBIT W

# Tr : See file

**From:** Spencer Kazisnaf <skazisnaf@yahoo.ca>
**To:** Gary Oztemel <goztemel@gmail.com>
**Date:** Tue, 13 Nov 2012 23:30:49 +0000

----- Courriel transféré -----
**De :** "goztemel@yahoo.com" <goztemel@yahoo.com>
**À :** Spencer Kazisnaf <skazisnaf@yahoo.ca>
**Envoyé le :** mardi 13 novembre 2012 21h18
**Objet :** Re: See file

Spencer, u. R. A bad boy!
Sent from my Verizon Wireless BlackBerry

**From:** Spencer Kazisnaf <skazisnaf@yahoo.ca>
**Date:** Tue, 13 Nov 2012 15:11:10 -0800 (PST)
**To:** francisco@innecco.com<francisco@innecco.com>
**ReplyTo:** Spencer Kazisnaf <skazisnaf@yahoo.ca>
**Cc:** goztemel@yahoo.com<goztemel@yahoo.com>
**Subject:** See file

DOJ-GLENNOZTEMEL-0000541507

**GOVERNMENT EXHIBIT**
**5482**
23-cr-26-KAD