# EXHIBIT X

# Re: Your last message (breakfast)

| | |
|---|---|
| From: | Eduardo Innecco <eduardo@innecco.com> |
| To: | Glenn Oztemel <goztemel@yahoo.com> |
| Date: | Wed, 14 Jan 2015 12:34:19 +0000 |

Ok

14.01.2015, 10:33, "Glenn Oztemel" <goztemel@yahoo.com>:
> Make it 8 am miami time. 30 minutes from now
>
> Sent from my iPhone
>
> On Jan 14, 2015, at 5:39 AM, Eduardo Innecco <eduardo@innecco.com> wrote:
>
> Good morning,
>
> Sorry abt writing too much.  Will try to avoid it.  Conciseness has never been my strong point.
>
> Will call you around 10:30 MIA time.
>
> Brgds,
>
> --
> Eduardo Innecco
> Skype: eduardo.innecco
> Yahoo! Messenger: otc_rio2003
>
> 14.01.2015, 03:17, "Glenn Oztemel" <goztemel@yahoo.com>:
>
> We can talk in the morning. U write too much. Still here in fla. Lets shoot for 730 ish miami time
>
> Sent from my iPhone
>
> On Jan 13, 2015, at 5:02 PM, Eduardo Innecco <eduardo@innecco.com> wrote:
>
> How abt anyone who does not believe in Santa Claus ???
>
> Now seriously, no jokes:
>
> Yes, I fully understand your point, but I am afraid I will not be understood if I try to pass your message along to others, as I hv a tough world on my side here.
>
> That is why I would really appreciate if you cud tell me when can I call so we can talk and try to come up to some agreement on this point.  A moment you are not in a hurry and will not hang up on me, as you've done many times.
>
> Glenn, I took it seriously when you told me the other day "Eduardo, let's make some money !!!".
>
> ... let's = let us
>
> Who did you mean by us?  Am I included?  Is my staff here included?  Wouldn't be the right time now to try to quantify our share?
>
> I learned from my late brother, Mario, that if you are an intermediary of any kind (he was a shipbroker) you must come to an agreement on your payment with the party that is supposed to pay you, before the deal is booked or part of your work is pretty much done already .  This way you being fair, not only with yourself and your collaborators, but also with the other party, the one that will be paying you.
>
> Why is that ???

DOJ-GLENNOZTEMEL-0000193574

GOVERNMENT
EXHIBIT
5793
23-cr-26-KAD

>
> Because the other party is running a business, not a charity organization. Most of the time he does not own the business, so it's his obligation to maximize profits and minimize costs, and this obligation is not only with himself, but with the owner of the company or the shareholders. He is being paid for that. So it is not fair to expect from him any generosity when he pays you, if you did not hv a previous agreement with him. Furthermore, it may cause a lot of resentment and hard feelings, if the party paying you is not as generous as you expected. So the right thing is to negotiate your pay before, always on a realistic basis, and if don't get what you think you and your collaborators deserve, go find another party to do the deal. That was my brother's words.
>
> I am working my ass off to provide you the best possible inputs so that you can close this deal (catch this big whale, using yr words). Did my inputs serve for anything so far? What made you come to the conclusion this deal is worth the risk, provided the price is right? If that is the case why do you keep saying there is only 3 to 5 percent chance this deal will fly? Is that an strategy to minimize our work here? If it is, I think it's a legitimate one, I don't get emotional about it. But I am too old to be involved by it.
>
> Pls let me know when shud I call.
>
> Brgrds,
>
> Eduardo
>
> -------- Beginning of forwarded message--------
> 13.01.2015, 16:57, "Glenn Oztemel" <goztemel@yahoo.com>:
>
> Anyone who does not believe and practice of beauty, justice, truth.
>
> Sent from my iPhone
>
> On Jan 13, 2015, at 8:13 AM, Eduardo Innecco <eduardo@innecco.com> wrote:
>
> What is crazy, Glenn?
>
> --
> Eduardo Innecco
> Skype: eduardo.innecco
> Yahoo! Messenger: otc_rio2003
>
> 13.01.2015, 11:12, "Glenn Oztemel" <goztemel@yahoo.com>:
>
> This is crazy
>
> Sent from my iPhone
>
> On Jan 12, 2015, at 4:46 PM, Eduardo Innecco <eduardo@innecco.com> wrote:
>
> Need to talk to you abt it.