# EXHIBIT Y

# Re: Update

| | |
|---|---|
| **From:** | Eduardo Innecco <eduardo@innecco.com> |
| **To:** | goztemel@yahoo.com |
| **Date:** | Wed, 21 Oct 2015 11:15:30 +0000 |

Gee ... you could not have said it better !!!

Fyg I've just booked tickets for Ulan Bator, Mongolia, to where my family and I are moving tonight.

It was nice to hv met you.  See you in 10 or 15 years.
--
Eduardo Innecco
Skype: eduardo.innecco
Yahoo! Messenger: otc_rio2003


21.10.2015, 08:54, "Glenn Oztemel" <goztemel@yahoo.com>:

> Dear julia, you are truly miserable. I understand the duties of a job and the sometimes blind loyalty a lowly employee like you must show to top management in brazil. You often remind me of a toy poodle in heat.
>
> However, when the task being asked of you includes the unfortunate role of having to lie to justify commercial cruelty, then your dogshit role becomes an affront to the senses ofbyour counterpart, me. It would be so much more refined and it would reflect so much more beneficially on you to just be honest with your offers. Instead you feed us bull shit to justify pbs peculiar pathology regarding not selling below an atificial price for their oil. This protectionist stule, at the very least, short changes the brazilian people as you make ultra agressive low price sales to others in an effort to prop up this one market your management must feel is "yours". Alora...you remind me of sick mongrels celebrating on the top of a steaming shit pile, victorious in disrupting truth, with the only victory being over your one prey at the expense of correctness.
>
> Thank god for rb who helps us with vital info and thank god for eduarrrrrrdo who feeds it to me. With them i can stew in the juices of revenge, plotting the moment of ultimate satisfaxtion, and quietly stinging u in the meantime with the reflections of obvious lies and spewing of shit.
>
> Thanku, your friend, glenn
>
> Sent from my iPhone
>
> On Oct 20, 2015, at 11:48 AM, Eduardo Innecco <eduardo@innecco.com> wrote:
>
>> Is it possible for you to hv, once in your life, the capability of being enough humble to show me the email you intend to send to Julia??? Can you pls do that? You may not know, but depending on what you say RB cud be completely exposed, even by a small detail in your wording.
>>
>> Pls do it. Await yr news on this point.
>>
>> Brgrds,
>>
>> Eduardo

DOJ-GLENNOZTEMEL-0000210005

GOVERNMENT
EXHIBIT
5965
23-cr-26-KAD

20.10.2015, 14:07, "Glenn Oztemel" <goztemel@yahoo.com>:


We dont need to meet. We prob are not going


Rb is paranoid. Our knowledge comes from outside and obviously supported by u.


I do not want u discussing too much with rob. Be discreet.

Sent from my iPhone

On Oct 20, 2015, at 11:00 AM, Eduardo Innecco <eduardo@innecco.com> wrote:


Doing what?

Glenn,

I think I know what you thinking, so let me tell you:

I'm your friend and I barely know Rob. For this reason I definitely wud rather deal with you than with him.

However, you cannot expose my friends the way you doing by showing Julia knowledge of what is going on at PB or not being careful abt the origin of the info I give you when you pass it on to Rob. This is like suicide for all of us.

I am ready to met you guys in Miami this wk end and I think it will be a good idea.

My suggestion Is that we both hv a private meeting before I meet you and Rob together.

Pls let me know.

All the best,

Esuardo


20.10.2015, 01:32, "Glenn Oztemel" <goztemel@freepoint.com>:


Why r u doing that?

Sent from my iPhone

On Oct 19, 2015, at 4:52 AM, Eduardo Innecco <eduardo@innecco.com> wrote:


Pls note PB may also just keep the "Artemis" cargo in their tank and try to sell you the "Amazon Beauty" cargo, if the latter does not arrive too late for you.


+ + + + +


-------- Beginning of forwarded message--------

DOJ-GLENNOZTEMEL-0000210006

Gov. Ex. 5965-002

18.10.2015, 01:20, "Eduardo Innecco" <eduardo@innecco.com>:

Hi Glenn,
On Friday, Oct 16, PB did manage to conclude sale of additional 80k bbls of 0.75% S by tank transfer to Vitol at NY 1% minus $2.00/bbl. So unfortunatelly PB will have enough tank space do discharge "Artemis" full 290k bbls cargo into their Statia tanks.
On Friday PB also managed to conclude sale of the 190k bbls cargo on board "Ocean Spirit" at USG 3% + 1.60 $/bbl DES Yabucoa.
On Monday, Oct 19, we shud know quality on board "Amazon Beauty" ETS Salvador Sunday, Oct 18.  So far vsl disch instructions Statia for orders.
 Current ETA Statia Oct 27.  If high metals PB unable sell cargo USG-USAC.
 On the other hand, unfortunately Julia found out your Ultramar cargo came out with 0.83% S.
So, if metals high on the "Amazon Beauty" cargo PB will try to sell you the "Artemis" cargo so as to open space for at least part of the 430k bbls cargo on the "Amazon Beauty".
Will keep you posted.
Brgrds,
Eduardo

DOJ-GLENNOZTEMEL-0000210007

Gov. Ex. 5965-003