# EXHIBIT Z

## Re: Cabo de Hornos

| | |
|---|---|
| **From:** | Glenn Oztemel <goztemel@yahoo.com> |
| **To:** | Eduardo Innecco <eduardo@innecco.com> |
| **Date:** | Thu, 05 Nov 2015 13:56:49 +0000 |

Dont worry. We will only tell he that secret eddie of uruguay told us.

Sent from my iPhone

> On Nov 5, 2015, at 6:35 AM, Eduardo Innecco <eduardo@innecco.com> wrote:
>
> RB just informed Julia has not mentioned this cargo to you yet.
>

DOJ-GLENNOZTEMEL-0000211695

**GOVERNMENT EXHIBIT**
**6018**
23-cr-26-KAD