## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | ) **JUDGMENT IN A CRIMINAL CASE** |
| | ) |
| v. | ) Case Number: **3:23-CR-00026-KAD(1)** |
| | ) USM Number: 07813-506 |
| **GLENN OZTEMEL** | ) |
| | ) **Michael S. McGarry** |
| | ) Assistant United States Attorney |
| | ) |
| | ) **Audrey A. Felsen** |
| | ) Defendant's Attorney |

**THE DEFENDANT:** was found guilty by jury verdict of Counts 1 through 7 of the Superseding Indictment.

Accordingly, the defendant is adjudicated guilty of the following offense(s):

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| Conspiracy to Violate the Foreign Corrupt Practices Act, in violation of 18 U.S.C. § 371 | | December 2018 | 1s |
| Violation of the Foreign Corrupt Practices Act, in violation of 15 U.S.C. §§ 78dd-2(a) and 78dd-2(g)(2)(A) | | December 2018 | 2s-4s |
| Conspiracy to Commit Money Laundering, in violation of 18 U.S.C. §§ 1956(h) and 1956(a)(2)(A) | | December 2018 | 5s |
| Money Laundering – Promotion of Specified Unlawful Activity, in violation of 18 U.S.C. §§ 1956(a)(2)(A) | | December 2018 | 6s-7s |

The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

### IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 15 months on each of Counts 1 through 7; terms to run concurrent.

The defendant shall self-surrender directly to the facility designated by the Federal Bureau of Prisons no later than 12:00 PM on February 9, 2026, under his own power and at his own expense. In the event the defendant does not receive designation by the Bureau of Prisons prior to the surrender date, the defendant must self-surrender to the United States Marshals Service by 12:00 PM on February 9, 2026.

### SUPERVISED RELEASE

No term of supervision shall follow release.

Judgment in a Criminal Case

DEFENDANT: GLENN OZTEMEL
CASE NUMBER:3:23-CR-00026-KAD(01)

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments as follows:

| | |
|---|---|
| **Special Assessment:** | $700.00 |
| **Fine:** | $300,000.00 |
| **Restitution:** | $.00 |
| **Forfeiture:** | **Judgment of forfeiture to be determined.** |

It is further ordered that the defendant will notify the United States Attorney for this district within 30 days of any change of name, residence or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are paid.

The following counts have been dismissed: Remaining counts to be dismissed by separate motion.

## JUDICIAL RECOMMENDATION(S) TO THE BUREAU OF PRISONS

The Court makes the following recommendations to the Bureau of Prisons:

The Court recommends that the defendant be designed to the camp at Otisville. If not an available designation, then the Court recommends that the defendant be designated to a camp closest to Connecticut.

**December 9, 2025**

Date of Imposition of Judgment

Signature of Judge

**KARI A. DOOLEY**
**UNITED STATES DISTRICT JUDGE**

Name and Title of Judge

**12/10/2025**

Date

Judgment in a Criminal Case

Judgment -- Page 3 of 3
Local Form Rev.8/14/2024

DEFENDANT: GLENN OZTEMEL
CASE NUMBER:3:23-CR-00026-KAD(01)

RETURN
I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____,
with a certified copy of this judgment.

By    _____
Deputy Marshal